

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 • PHONE (516)334-4500 • FAX (516)334-4501 • WWW.SOKOLOFFSTERN.COM

MEMO ENDORSED

ALEXANDER J. ELEFTHERAKIS
AELEFTHERAKIS@SOKOLOFFSTERN.COM

March 12, 2020

Via ECF & Fax
Hon. Nelson S. Román
U.S. District Judge
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

The application is ✓ granted
___ denied

_____
Nelson S. Román, U.S.D.J.
Dated: 3/13/20
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc.10).

Re: *BMG Monroe I, LLC v. Vill. of Monroe*
Docket No. 20 Civ. 1357 (NSR)(JCM)

Your Honor:

We represent defendant the Village of Monroe. With Plaintiff's consent, we write respectfully to request a 60-day extension—from March 16, 2020 to May 15, 2020—of Defendant's deadline to answer, move, or otherwise respond to the Complaint. This is Defendant's first request to extend this deadline.

The 51-page Complaint, which includes 368 pages of exhibits, concerns a land-use project that underwent an extensive review process dating back to 2001. Plaintiff also challenges the validity of several current and proposed Village laws under the Fair Housing Act. This extension of time will give us the opportunity to communicate with our clients, obtain the relevant documents, and respond to the myriad factual and legal issues this case presents in accordance with our obligations under Fed. R. Civ. P. 11. The extension will also allow the parties to discuss the possibility of resolving this matter without the need for motion practice or other responsive pleadings.

Thank you for consideration of this matter.

Respectfully submitted,
SOKOLOFF STERN LLP

Alexander J. Eleftherakis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

cc: All parties by ECF


# FAX COVER SHEET

| | |
|---|---|
| FAX NUMBER: | (914) 390-4179 |
| PLEASE DELIVER TO: | Hon. Nelson S. Román<br>U.S. District Judge<br>Southern District of New York |
| FROM: | Alexander J. Eleftherakis |
| RE: | *BMG Monroe I, LLC v. Village of Monroe*<br>Docket No. 20-cv-1357 (NSR)(JCM)<br>File No. 200044 |
| DATE: | March 12, 2020 |
| TOTAL NUMBER OF PAGES: | 2 (including this cover sheet) |

Message:

*Please see attached correspondence.*

If this transmission is unclear or incomplete, please call (516) 334-4500.

**Confidentiality Notice:** This communication is intended only for the use of the addressee, and may contain information that is privileged and confidential. Dissemination of this communication is prohibited if you are not the intended recipient. If you have received this communication in error, please let us know immediately.