USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/30/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BMG MONROE I, LLC,

                   Plaintiff,

  -against-

VILLAGE OF MONROE,

                   Defendant.

No. 20 Civ. 1357 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      Upon a review of the moving papers, it is hereby ordered that pursuant to Local Civil Rule 1.4, Plaintiff's Motion for Eric Weinhold to Withdraw as Counsel for Plaintiff is hereby GRANTED. The Court notes that Plaintiff continues to be represented by Robert Stevenson Rosborough who has been counsel of record since the filing of this action on February 17, 2020. (ECF No. 1.)

      The Clerk of Court is directed to terminate the motion at ECF No. 32.

SO ORDERED:

Dated:     March 30, 2021
            White Plains, New York

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE