UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BMG MONROE I, LLC,

                     Plaintiff,

-against-

VILLAGE OF MONROE,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/30/2021__

No. 20 Civ. 1357 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      Upon a review of the moving papers, it is hereby ordered that pursuant to Local Civil Rule 1.4, Defendant's Motion for Alexander Joseph Eleftherakis to Withdraw as Counsel for Defendant is hereby GRANTED. The Court notes that Plaintiff continues to be represented by Brian Sokoloff and Leo Dorfman who first appeared for Defendant on March 12, 2020. (ECF Nos. 7 and 8.)

Dated:    March 30, 2021
           White Plains, New York

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE