**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BMG MONROE I, LLC,

                    Plaintiff,

    -against-                                            20 **CIVIL** 1357 (NSR)

## JUDGMENT

VILLAGE OF MONROE,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 12, 2022, the Village's motion to dismiss is GRANTED and BMG's Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

       April 12, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**     K. Mango
                                                           **Deputy Clerk**